**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., a Delaware Corporation ) ) ) | Case No.: SACV07-1345 AHS(RNBx) |
| Plaintiff, ) ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF PATRICK L. TAYLOR AND RHONDA A. TAYLOR** |
| vs. ) ) ) | |
| PRIME WATERPROOFING ASSOCIATES, INC, a California corporation, PATRICK L. TAYLOR, an individual, RHONDA A. TAYLOR, an individual, and DOES 1 through 10, inclusive, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**PURSUANT TO REQUEST FOR DISMISSAL FILED BY PLAINTIFF IN THIS MATTER:**

///

-1-
ORDER OF DISMISSAL OF PATRICK TAYLOR AND RHONDA TAYLOR

-2-

**IT IS HEREBY ORDERED AS FOLLOWS**:

    Defendants, Patrick L. Taylor and Rhonda A. Taylor, are Dismissed Without Prejudice.

Dated:  <u>April 18, 2008</u>          <u>**ALICEMARIE H. STOTLER**</u>
                                          Chief U.S. District Court Judge